**FILED**

JAN 0 8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF<br><br>23836 McLane Ave.,<br>Corning, California | CASE NO. 2:14-SW-0485 EFB<br><br>[~~PROPOSED~~] *AND* ORDER UNSEALING APPLICATION AND SEARCH WARRANT |
|---|---|

The government's request to unseal the application and search warrant in the above case is **GRANTED.**

**SO ORDERED.**

DATED: 1/8/15

_____
HON. DALE A. DROZD
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant
and Application                                                    1